Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BEAL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> VICKEY LI d/b/a ONEPIECE WORK, And DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:21-cv-00030-JLS-DEB <br><br> **NOTICE OF SETTLEMENT** |

    NOW COME THE PLAINTIFF by and through his attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow forty five (45) days with which to file dispositive documentation. A Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this June 11, 2021

               By: s/ Todd M. Friedman Esq.
                   Todd M. Friedman

Notification sent electronically via the Court's ECF system to:

Filed electronically on this 11th Day of June, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the

United States District Court
SOUTHERN DISTRICT of California

And all counsel registered on ECF.

                                       This 11th Day of June, 2021.

                                       <u>s/ Todd M. Friedman Esq.</u>
                                        Todd M. Friedman