```
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BEAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VICKEY LI d/b/a ONEPIECE WORK, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. **3:21-cv-00030-JLS-DEB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Notice of Dismissal - 1

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 14th day of July, 2021.

By:  /s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 17th day of June, 2021, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 17th day of June, 2021, via the ECF system to:

Honorable Janis L. Sammartino
Honorable Magistrate Daniel E. Butcher
United States District Court
Southern District of California

And all Counsel of Record on the electronic service list.


By: /s/Todd M. Friedman
       Todd M. Friedman